1  AARON D. FORD
   Attorney General
2  MAYRA GARAY (Bar No. 15550)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-3788 (phone)
   (702) 486-3768 (fax)
6  Email: mgaray@ag.nv.gov

7  *Attorneys for Interested Party*
   *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN NEWHOUSE,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01833-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Kevin Newhouse, Defendant Mirit Avram, by and through counsel, Brittany A. Lewis of Hutchison & Steffen, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mayra Garay, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this __16__th day of January, 2025.   DATED this 15th day of January, 2025

AARON D. FORD
Attorney General

By: _/s/ Kevin Newhouse_
KEVIN NEWHOUSE
Plaintiff

By: /s/ Mayra Garay
MAYRA GARAY (Bar No. 15550)
Deputy Attorney General
*Attorneys for Interested Party*

DATED this 21st day of January, 2025

By: _/s/ Brittany A. Lewis_
BRITTANY A. LEWIS (Bar No. 14565)
Hutchison & Steffen
*Attorney for Defendant Mirit Avram*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED January 22, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE